# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN LEE OLIVIERI

NO. 2026 KW 0462

**JUNE 15, 2026**

---

In Re:   Steven Lee Olivieri, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 603835-1.

---

**BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT DENIED.**

                              **EW**
                              **CHH**
                              **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT